STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MARTINEZ,<br><br>Defendant. | Case No.: CR 19-716 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE DETENTION HEARING AND SET STATUS CONFERENCE AND TO EXCLUDE TIME FROM DECEMBER 23, 2019, TO JANUARY 8, 2020** |

    The above titled matter is currently scheduled for a detention hearing on December 24, 2019, at 10:30 a.m. Defense counsel agrees to waive detention findings without prejudice at this time. The government has begun to provide discovery to the defense.

    Accordingly, the parties jointly request that the presently scheduled detention hearing be vacated and that the matter be set to January 8, 2020, at 10:30 a.m. before Judge Donato for a status hearing, or as soon thereafter the Court is available.

    The parties further stipulate that the time between December 23, 2019, and January 8, 2020, be excluded for effective preparation of counsel pursuant to 18 U.S.C.

§ 3161(h)(7)(B)(iv). The parties further agree, and ask the Court to find, that the requested exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

December 23, 2019
Dated

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
CHRISTINA LIU
Assistant United States Attorney

December 23, 2019
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

12/24/2019
Dated

THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] STIPULATED ORDER
2